Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Co-Lead Counsel for Plaintiffs and Class

(*additional counsel on signature page*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DANIEL ANSHEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID WEHNER, AND SHERYL SANDBERG,<br><br>Defendants. | No. 2:17-cv-00679-SVW-AGR<br><br>**MOTION OF DANIEL ANSHEN AND JUNG PASSOW FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Stephen V. Wilson<br>Hearing Date: May 1, 2017<br>Time: 1:30 p.m.<br>CTRM: 10A – 10th Floor (1st Street) |
|---|---|

1

Motion of Daniel Anshen and Jung Passow For Appointment as
Lead Plaintiffs and Approval of Choice of Counsel – No. 2:17-cv-00679-SVW-AGR

PLEASE TAKE NOTICE that on Monday, May 1, 2017 before the Honorable Stephen V. Wilson in Courtroom 10A – 10th Floor, 350 West 1st Street, Los Angeles, CA 90012, Daniel Anshen and Jung Passow ("Movants") will, and do move this Court for an order granting their Motion: (1) for appointment of Movants as Lead Plaintiffs of the Class; and (2) for approval of Movants' selection of The Rosen Law Firm, P.A. and Bronstein, Gewirtz & Grossman, LLC as Co-Lead Counsel for Lead Plaintiffs and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), on the grounds (1) that Movants should be appointed Lead Plaintiffs for the class of all purchasers or acquirers of Facebook, Inc. securities during the period between May 5, 2014 and December 9, 2016, inclusive (the "Class Period") as Movants have timely made this Motion, have the largest financial interest and otherwise satisfy the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) that Movants' selection of The Rosen Law Firm, P.A. and Bronstein, Gewirtz & Grossman, LLC as Co-Lead Counsel should be approved as the firms are well qualified and have extensive experience in cases of this type.

In support of this Motion, Movants files herewith a memorandum of points and authorities, the Declaration of Laurence Rosen, a certification and notice of interested parties, and a proposed order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movants do not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movants respectfully request that the conferral requirement of Local Rule 7-3 be waived.

2

Motion of Daniel Anshen and Jung Passow For Appointment as
Lead Plaintiffs and Approval of Choice of Counsel – No. 2:17-cv-00679-SVW-AGR

| | | |
|---|---|---|
| 1 | Dated:   March 28, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | **THE ROSEN LAW FIRM, P.A.** |
| 4 | | /s/ Laurence Rosen, Esq.    |
| 5 | | Laurence M. Rosen, Esq. (SBN 219683) |
| | | 355 South Grand Avenue, Suite 2450 |
| 6 | | Los Angeles, CA 90071 |
| 7 | | Tel: (213) 785-2610 |
| | | Fax: (213) 226-4684 |
| 8 | | Email: lrosen@rosenlegal.com |
| 9 | | |
| 10 | | **BRONSTEIN, GEWIRTZ & GROSSMAN, LLC** |
| 11 | | Peretz Bronstein |
| 12 | | 60 East 42nd Street, Suite 4600 |
| | | New York, NY 10165 |
| 13 | | Tel: (212) 697-6484 |
| 14 | | Fax: (212) 697-7296 |
| | | Email: peretz@bgandg.com |
| 15 | | |
| 16 | | **BRONSTEIN, GEWIRTZ & GROSSMAN** |
| 17 | | Shimon Yiftach (SBN 277387) |
| 18 | | 1925 Century Park East, Suite 1990 |
| 19 | | Los Angeles, CA 90067 |
| | | Tel: (424) 322-0322 |
| 20 | | Fax: (310) 971-9996 |
| 21 | | Email: shimony@bgandg.com |
| 22 | | |
| 23 | | [Proposed] Co-Lead Counsel for Plaintiffs and Class |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

Motion of Daniel Anshen and Jung Passow For Appointment as
Lead Plaintiffs and Approval of Choice of Counsel – No. 2:17-cv-00679-SVW-AGR

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 28, 2017, I electronically filed the following **MOTION OF DANIEL ANSHEN AND JUNG PASSOW FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 28, 2017.

/s/ Laurence Rosen
Laurence M. Rosen