UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DANIEL ANSHEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID WEHNER, AND SHERYL SANDBERG,<br><br>Defendants. | No. 2:17-cv-00679-SVW-AGR<br><br>**ORDER APPOINTING LEAD PLAINTIFFS AND CO-LEAD COUNSEL**<br><br><u>CLASS ACTION</u> |
|---|---|

 WHEREAS, the above-captioned securities class action has been filed against Facebook, Inc., et al. (collectively "Defendants"), alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder;

 WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on January 27, 2017, plaintiff in the above-captioned action caused notice to be issued to potential class members of the action and informed them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on March 28, 2017, Daniel Anshen and Jung Passow ("Movants") timely moved the Court for appointment as lead plaintiffs and to approve their selection of counsel;

WHEREAS, the PSLRA, provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice, and has the largest financial interest in the relief sought by the Class and satisfies the pertinent requirements of Fed. R. Civ. P. 23;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B) provides, *inter alia*, that as soon as practicable after the decision on consolidation is rendered, the Court shall appoint the most adequate plaintiff as lead plaintiff for the consolidated actions;

WHEREAS, the Court finding that Movants have the largest financial interest in this action and prima facie satisfy the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

**IT IS HEREBY ORDERED THAT:**

**APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL**

1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Movants are appointed as Lead Plaintiffs of the Class, as Movants have the largest financial interest in this litigation and otherwise satisfy the requirements of Fed. R. Civ. P. 23.

2. Movants' choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. and Bronstein, Gewirtz & Grossman, LLC are appointed as Co-Lead Counsel.

3. Co-Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Co-Lead Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the

responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiffs and the Class.

SO ORDERED:

Dated April 27, 2017

_____
Hon. Stephen V. Wilson
U.S. District Judge